JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| YUEJING CONG,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN et al,<br>Respondents. | Case No. 5:26-cv-04899-DFM<br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus issued on September 14, 2026,

IT IS ADJUDGED that the Petition is granted. Respondents shall release Petitioner Yuejing Cong (A# 246-461-607) from custody on appropriate conditions. Upon release, Respondents shall return Petitioner's personal belongings. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 16, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge